# United States Court of Appeals for the Federal Circuit

---

**ORVILLE K. THOMAS,**
*Claimant-Appellant*

**v.**

**DENIS MCDONOUGH, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee*

---

2022-1504

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 20-4192, Judge Joseph L. Falvey, Jr.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

FOR THE COURT

March 27, 2024
Date

Jarrett B. Perlow
Clerk of Court